COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:     In the Matter of Approximately $80,600.00

Appellate case number:   01-14-00424-CV

Trial court case number:  1417446

Trial court:              351st District Court of Harris County

Appellate case number 01-14-00424-CV is associated with trial court case number 1417446. Appellant Abraham M. Fisch's notice of appeal identifies that he appealed actions taken by the trial court in trial court case number 1417446 and trial court case number 1210228. No appellate case number has been created associated with trial court case number 1210228. No docketing statement has been filed to clarify whether Fisch intended to appeal under both trial court case numbers. Appellant's brief in the existing appellate case number challenges the validity of the complained-of order in trial court case number 1210228 and the propriety of the result of the order in trial court case number 1417446.

This Court requests clarification from the parties concerning (1) whether Fisch intended to file a direct appeal of trial court case number 1210228, (2) whether a new appellate case number should be created to be associated with trial court case number 1210228, (3) whether a record needs to be filed and the parties should be allowed to file new briefs under this new appellate case number, and (4) whether Vikram Patel should be treated as a party to the appeal under this new appellate case number and should be provided notice to be able to respond to the issues raised.

The parties have **ten days** from the date of this notice to respond. During this time and pending a resolution of the matters identified in this notice, appellate case number 01-14-00424-CV will remain on the submission docket for September 23, 2015. The Court also requests the parties to provide a mailing address for Vikram Patel in case notice becomes necessary.

Clerk's signature: _____

Date:  September 9, 2015